No. 09-11387. Elton Gregg Woodard, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 877, 131 S. Ct. 190, 178 L. Ed. 2d 114, 2010 U.S. LEXIS 6863, ▮▮▮▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-11388. Robert J. Wright, Petitioner v. William Pollard, Warden.

562 U.S. 877, 131 S. Ct. 190, 178 L. Ed. 2d 114, 2010 U.S. LEXIS 7037.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-11390. Jamal White, Petitioner v. John Evans, Warden.

562 U.S. 877, 131 S. Ct. 391, 178 L. Ed. 2d 114, 2010 U.S. LEXIS 6820.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-11391. Rafael Rodriguez, Petitioner v. United States.

562 U.S. 877, 131 S. Ct. 190, 178 L. Ed. 2d 114, 2010 U.S. LEXIS 6807.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 369 Fed. Appx. 608.

No. 09-11392. Randy Nowak, Petitioner v. United States.

562 U.S. 877, 131 S. Ct. 190, 178 L. Ed. 2d 114, 2010 U.S. LEXIS 6703.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 370 Fed. Appx. 39.

No. 09-11393. James O'Neal-Sloane, Petitioner v. United States.

562 U.S. 877, 131 S. Ct. 190, 178 L. Ed. 2d 114, 2010 U.S. LEXIS 7132.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 371 Fed. Appx. 298.

No. 09-11394. Roger Charles Menner, Petitioner v. United States.

562 U.S. 878, 131 S. Ct. 191, 178 L. Ed. 2d 114, 2010 U.S. LEXIS 6810, ▮▮▮▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 374 Fed. Appx. 446.